UNITED STATES DISTRICT COURT

Middle District of North Carolina

CHARLETTE M JENKINS, )
    Plaintiff, )
  )
v ) #1 04CV548
  )
JO ANNE B BARNHART, )
Commissioner of Social Security, )
    Defendant )



## O-R-D-E-R

On May 17, 2005, in accordance with 28 U S C § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action and a copy was given to the court

Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation

The court has made a de novo determination which is in accord with the Magistrate Judge's report  The court therefore adopts the Magistrate Judge's Recommendation

**IT IS THEREFORE ORDERED** that the Plaintiff's motion for summary judgment [Pleading no  11] be **DENIED**, that the Commissioner's motion for judgment on the pleadings [Pleading no  13] be **GRANTED**, that the

Commissioner's decision is **AFFIRMED**, and that this action be dismissed with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order.

                                                UNITED STATES DISTRICT JUDGE

DATE September 9, 2005

2